IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MECHARDO BARNETT,

      Petitioner,

v.                                          Civ. No. 26-1122 KG-JHR

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, U.S. Department
Of Homeland Security; AND U.S. Attorney General,

      Respondents,


ORDER TO ANSWER

This matter comes before the Court on the Amended Petition for Writ of Habeas Corpus (Doc. 3) (Amended Petition) and Emergency Motion for Immediate Release (Doc. 4) (Emergency Motion).  Petitioner is an immigration detainee at the Otero County Processing Center.  He initiated this case by filing a *pro se* Letter Regarding 28 U.S.C. § 2241 Exhibits.  (Doc. 1) (Opening Letter).  The Opening Letter attaches various briefs and exhibits from the Immigration Court but does not raise substantive claims under Section 2241 or explain why Petitioner's detention violates federal law.

The Court initially directed Petitioner to file an amended Section 2241 petition.  Doc. 6.  Around the time that the Order Directing Amendment was filed, Petitioner submitted the Amended Petition and Motion.  It appears that the mailing containing the habeas exhibits arrived before the substantive pleadings.  The Amended Petition alleges Petitioner has been detained for over a year

and has not received a bond hearing.   The Court finds Petitioner has complied with the directive to file a substantive amendment and will set a briefing schedule.

IT IS ORDERED that:

1. The United States Attorney's Office must answer the Petition and the Emergency Motion within 5 days of entry of this Order.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.   The Court has discretion to consider whether emergency relief is necessary before the reply brief is filed.

/s/Kenneth J. Gonzales_____ _____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.   Electronically filed documents can be found on the Court's PACER public access system.

2